IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: April 06, 2011



_____
SARAH S. CURLEY
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-06062

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Steven Leroy Barber and Lydia Noriega Barber<br>          Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>          Movant,<br>   vs.<br><br>Steven Leroy Barber and Lydia Noriega Barber, Debtors, David A. Birdsell, Trustee.<br><br>          Respondents. | No. 2:11-bk-04733-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 24, 2007 and recorded in the office of the Pinal County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Steven Leroy Barber and Lydia Noriega Barber have an interest in, further described as:

> LOT 56, OF SAN TAN HEIGHTS PARCEL A-4, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET E, SLIDE 123, AND CERTIFICATE OF CORRECTION RECORDED AS 2005-125228 OF OFFICIAL RECORDS.
> EXCEPTING ALL OIL, GAS, METALS, AND MINERAL RIGHTS AS RESERVED TO THE STATE OF ARIZONA IN PATENT RECORDED IN BOOK 22, PAGE 106 OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.